**Alma Delia CASTELLANOS–LEON, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–71417.**

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 28, 2011.

Susan Elizabeth Hill, Hill, Piibe & Villegas, Los Angeles, CA, for Petitioner.

Imran Raza Zaidi, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

## MEMORANDUM **

Alma Delia Castellanos–Leon, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen. We review for abuse of discretion the denial of a motion to reopen, *Singh v.*

*Gonzales,* 491 F.3d 1090, 1095 (9th Cir. 2007), and we grant the petition for review.

The BIA abused its discretion in declining to equitably toll the filing deadline for Castellanos–Leon's untimely motion to reopen between "late–2007" and January 25, 2008, where sworn statements submitted in support of the motion indicate that Castellanos–Leon did not definitively learn of her prior counsels' deficiencies until January 25, 2008. *See id.* at 1096.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

